|  |  |  |
|---|---|---|
| | AUSA: Micah Wallace | Telephone: (313) 226-9100 |
| Special Agent: | Jeffrey Sokolowski | Telephone: (313) 965-2323 |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Antoine Lashawn Ward

Case No.  Case: 2:24-mj-30525
Assigned To : Unassigned
Assign. Date : 12/10/2024
Description: CMP USA V. WARD (DJ)

## ARREST WARRANT



FILED
DEC 1 1 2024
CLERK'S OFFICE
DETROIT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Antoine Lashawn Ward,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 - Interference of commerce by robbery
18 U.S.C. § 924 (c) - Possession of a firearm in furtherance of a crime of violence

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/D. Jennings
Deputy

Date: December 10, 2024

*Issuing officer's signature*

City and state:  Detroit, Michigan            Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/10/2024, and the person was arrested on *(date)* 12/10/2024
at *(city and state)* Dearborn, MI.

Date: 12/10/2024

*Arresting officer's signature*

SA Michael Baumgartner
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA