

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

ANTOINE LASHAWN WARD,

        Defendant.
_____/

Violations:
18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)

Case: 2:24-cr-20703
Assigned To : Grey, Jonathan J.C.
Referral Judge: Grand, David R.
Assign. Date : 12/19/2024
Description: IND USA V WARD (MRS)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 1951(a)
*Interference with Commerce by Robbery*

On or about October 25, 2024, in the Eastern District of Michigan, Southern Division, the defendant, Antoine Lashawn Ward, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, in that Antoine Lashawn Ward unlawfully took United States currency from the presence of a Brink's Armored Services employee in Harper Woods, Michigan, against his will, by means of actual and threatened force, and

violence, and fear of injury, immediate and future, to his person; all in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
### 18 U.S.C. § 924(c)(1)(A)
*Use and Carry of a Firearm During and in Relation to a Crime of Violence*

On or about October 25, 2024, in the Eastern District of Michigan, Southern Division, the defendant, Antoine Lashawn Ward, knowingly used and carried a firearm, that is, an SR LCR .38 caliber revolver, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery as alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that the firearm was brandished.

## FORFEITURE ALLEGATION
(18 U.S.C. § 981, 18 U.S.C. § 924 and 28 U.S.C. § 2461)

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code,

2

Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Counts One and/or Two of this Indictment, in violation of Title 18, United States Code, Section 1951, defendant shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the offense(s), pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

Upon conviction of the offenses charged in Count One or Count Two of this Indictment, in violation of Title 18, United States Code, Section 1951 and/or Title 18, United States Code, Section 924(c), defendant shall forfeit to the United States any firearm or ammunition involved in the offense, pursuant to Title 18, United States Code, Section 924 together with Title 28, United States Code, Section 2461.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Sara D. Woodward*
SARA D. WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Micah S. Wallace*
MICAH S. WALLACE
Assistant United States Attorney

Dated: December 19, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to con

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   ☒ No

Case: 2:24-cr-20703
Assigned To : Grey, Jonathan J.C.
Referral Judge: Grand, David R.
Assign. Date : 12/19/2024
Description: IND USA V WARD (MRS)

AUSA's Initials: M.W

**Case Title:** USA v. Antoine Lashawn Ward

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 24-30525 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 19, 2024
Date

*/s/ Micah Wallace*
Micah Wallace
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9591
Fax: 313-226-2372
E-Mail address: Micah.Wallace@usdoj.gov
Attorney Bar #: P80019

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.